UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55243-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-4057-SNOW
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )   ACTION
                          )
CHETWOOD JOHNSON          )
                Defendant

FILED by _____ D.C.
MAR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-17-00 ___ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK FRAUD COUNTERFIET CHECKS

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 5-4-74

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# TO BE FILED

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks:

(8) Date:                    (9) Arresting Officer: KENT HUKILL
                                                    ANN M. SAUNDERS
(10) Agency: FBI             (11) Phone:

(12) Comments: