UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55245-004

UNITED STATES OF AMERICA )
           Plaintiff      ) Case Number: CR 00-4057-Snow
                          ) REPORT COMMENCING CRIMINAL
    -vs-                  ) ACTION
                          )
HOWARD IAN SILVERA        )
           Defendant

FILED by ___ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-17-00                     am/(pm)

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK FRAUD COUNTERFEIT CHECKS

(4) U.S. Citizen: [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 7-14-78

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case # TO BE FILED  00-4057-SNOW

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ PTD
Who set Bond: SNOW

(7) Remarks:

(8) Date: _____  (9) Arresting Officer: ANN SAUNDERS
                                                KENT HUKILL
(10) Agency: FBI         (11) Phone:

(12) Comments: