COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CHETWOOD JOHNSON (J)    CASE NO: 00-4057-SNOW
AUSA: MATTHEW MENCHEL / Mitrani    ATTY: Bernardo Lopez
AGENT: FBI    VIOL: BANK FRAUD
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND 50,000 CSB
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED FPD
BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:
1) To be cosigned by: wife + parents
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel extended to:
4) Not to sell or encumber residence
5) drug testing as directed by PTS

advised of charges - sworn for counsel

*[FILED MAR 20 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
   PTD/BOND HRG:
   PRELIM/ARRAIGN: 3-30 11 Snow ✓
   REMOVAL HRG:
   STATUS CONF:

Date: 3-20-00    Time 11:00    FTL/LSS TAPE #00- 016    Begin: 206    End: 615