COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HOWARD IAN SILVERA (J)    CASE NO: 00-4057-SNOW
AUSA: MATTHEW MENCHEL / Mitrani    ATTY: _____
AGENT: FBI    VIOL: BANK FRAUD
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____
    BOND SET @ _____
    SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

*FILED by ___ D.C. MAR 20 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

Advised of Charges - sworn for Counsel

CJA counsel to be appointed

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
    (PTD) BOND HRG:    3-24    10    LSS
    PRELIM/ARRAIGN:    3-30    11    LSS
    REMOVAL HRG:
    STATUS CONF:

Date: 3-20-00   Time 11:00   FTL/LSS TAPE #00- 016   Begin: 206   End: 615