UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4057-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

ORDER ON INITIAL APPEARANCE
Language  English
Tape No.  00- _016_
AUSA  Mitrani
Agent  FBI

v.

CHETWOOD JOHNSON
    Defendant.
_____/

FILED by ___ D.C.
MAR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

The above-named defendant having been arrested on March 17, 2000, having appeared before the court for initial appearance on March 20, 2000 and proceedings having been held in accordance with **F.R.Cr.P.5 or 40(a)**, it is thereupon

ORDERED as follows:

1. _Fernando Lopez_ appeared as ~~permanent~~/temporary counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _FPD_
2. _____ appointed as permanent counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____.
4. ⓐArraignment/Preliminary/Removal/Identity hearing is set for _3/30_ at _11_ before Judge _Snow_.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because~~ _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _Bond set @ 100,000 PSB — NO hrg_.

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
_✓_b. Report to Pretrial Services as follows: _1_ times a ⓦeek /month by phone, _1_ time a week/ⓜonth in person; other: _____
_✓_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law. _as determined by PTS._
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

✓ j. Comply with the following additional special conditions of this bond: _Cosigned by wife and parents_

    This bond was set: At Arrest _____
                           On Warrant ___✓___
                           After Hearing ___✓___

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 20th day of March, 2000.

                                              _/s/ Lurana S. Snow_
                                              CHIEF U. S. MAGISTRATE JUDGE
                                              LURANA S. SNOW

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation