

FILED by ____ D.C.
APR 12 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-Ferguson (s)

UNITED STATES OF AMERICA

vs

Glosden St. Aubyn Lebert

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-12-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/xxxxine counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:         Address: In Custody

                   Telephone: _____

DEFENSE COUNSEL:   Name: Sandra Mullgrav

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:  $ Cont'd in custody

Bond hearing held:  yes____  no____  Bond hearing set for _____

Dated this 12 day of April, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-025

cc: Clerk for Judge
    U. S. Attorney

