COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: GLOSDEN S. LEBERT (J)           CASE NO: 00-6087-CR-FERGUSON
AUSA: BERTHA MITRANI - pres           ATTY: SANDRA MULGRAV - pres
AGENT: _Status Conference_            VIOL: _____
PROCEEDING BOND REDUCTION HEARING     RECOMMENDED BOND 25,000 CSB set 4-5-00
BOND HEARING HELD - yes/no            COUNSEL APPOINTED _____
    BOND SET @ _____
    SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: _____

Defts father will not cosign
and hearing will be re-set.

Status conference held -

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4-25-00   Time 11:00   FTL/LSS TAPE #00- 021   Begin: 943   End: 1083