UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6087-CR-FERGUSON

UNITED STATES OF AMERICA,        :

    Plaintiff,               :

v.                               :

GLASDEN S. LEBERT,               :

    Defendant.               :
_____

## STATUS REPORT

A status conference was held in this cause on April 25, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was sent out on the date of the status conference.

    2. Counsel for the defendant shall have until May 12, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 1st day of May, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Sandra Mulgrav, Esq.