UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

CASE NO. 00-6087-CR-FERGUSON
MAGISTRATE SNOW

V.

**DEFENDANT GLOSDEN LEBERT'S MOTION TO CONTINUE TRIAL**

GLOSDEN ST. AUBYN LEBERT ET. AL/

The Defendant GLOSDEN LEBERT, by and through his undersigned counsel files the following motion as grounds in support hereof, the defendant would allege the following:

1. Counsel for the defendant was appointed on or about April 03, 2000, pursuant to a complaint issued in the Southern District of Florida. On April 11, 2000 the defendant was indicted and charged with one count of conspiracy to make, utter and possess counterfeited and forged securities of an organization, that is, checks drawn on Pinebank and Nationsbank and one count of conspiracy to make, utter and possess counterfeited and forged securities of an organization, that is, Cashier's Check.

2. The defendant is set for a calender call on May 15, 2000. Trial is set in this cause during the two-week trial calendar beginning on May 22, 2000.

3. The undersigned has to undergo a medical procedure and will be unable to attend the court status on May 15, 2000, nor be prepared for the trial date on May 22, 2000.

4. Counsel respectfully requests that the court reset this matter for the next calender call, as counsel needs time to recuperate and prepare the case for trial or plea.

WHEREFORE, the defendant respectfully requests that the Court continue the trial date and reset the calendar call.

Sandra E. Mullgrav
Florida Bar No. 933988
Emerald Office Park
2699 Stirling Road, Suite B-301
Fort Lauderdale, Florida 33312
(954) 962-3330

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2000, a copy of the foregoing was delivered by hand, mail or fax to :

Bertha Mitrani, Esq.
United States Attorney's Office,
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394

Samuel Smargon, AFPD
Office of the Federal Public Defender,
101 NE 3rd Avenue
Ft. Lauderdale, Florida 33301

Sandra E. Mullgrav
Attorney for the Defendant