UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA-FTL                CASE NO. 00-6087-CR-FERGUSON
                                            MAGISTRATE SNOW

V.                                          **DEFENDANT GLOSDEN LEBERT'S
                                            MOTION TO CONTINUE**

GLOSDEN ST. AUBYN LEBERT ET. AL./

The Defendant GLOSDEN LEBERT, by and through his undersigned counsel files the following motion as grounds in support hereof, the defendant would allege the following:

1. Counsel for the defendant was appointed on or about April 03, 2000, pursuant to a complaint issued in the Southern District of Florida. On April 11, 2000 the defendant was indicted and charged with one count of conspiracy to make, utter and possess counterfeited and forged securities of an organization, that is, checks drawn on Pinebank and Nationsbank and one count of conspiracy to make, utter and possess counterfeited and forged securities of an organization, that is, Cashier's Check.

2. The defendant is set for a calender call on May 30, 2000. Trial is set in this cause during the two-week trial calendar beginning on June 05, 2000.

3. The undersigned has had surgery and will need additional time to prepare for trial.

4. Counsel respectfully requests that the court continue the matter.

WHEREFORE, the defendant respectfully requests that the Court continue the matter.

Sandra E. Mullgrav
Florida Bar No. 933988
Emerald Office Park
2699 Stirling Road, Suite B-301
Fort Lauderdale, Florida 33312
(954) 962-3330

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30th, 2000, a copy of the foregoing was delivered by hand, mail or fax to :

Bertha Mitrani, Esq.
United States Attorney's Office,
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394

Sandra E. Mullgrav
Attorney for the Defendant