| | | | |
|---|---|---|---|
| DEFT: | Glosden S. Aubyn Lebert (J)# | CASE NO: | 00-6087-CR-Ferguson |
| AUSA: | Bertha Mitrani by Bruce Brown | ATTNY: | Sandra Mullgrav present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Hearing | BOND REC: | Agreed 50,000 PSB |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

✓ BOND SET @ $50,000.00 - Personal Surety

CO-SIGNATURES: by defendants sister

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed. — must appear by summons
3) Surrender and/or do not obtain passports, travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ___ Halfway House
    ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

FILED by ___ D.C.
JUN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL - _____
STATUS CONFERENCE: _____
DATE: 6-13-00    TIME: 11:00am    TAPE # 00-048 / PG #

3800 au 3900
00 149 165