## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6087-CR-WDF

DEFENDANT _L Lebert_

JUDGE ___WILKIE D. FERGUSON___

Deputy Clerk ___TROY T. WALKER___

DATE _September 15, 2000_

Court Reporter ___Paul Haferling___

USPO _Tracey Webb_

AUSA _Bertha Mitrani_

Deft's Counsel _Sandra Mulligan_

COUNTS DISMISSED ___All Others___

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                          5

_Right to appeal_

Supervised Release _3 yrs 5 months H.C._

Probation    Years    Months    Counts

Comments _____

Assessment $ _100.00_    Fine $ _None_

Restitution /Other _____

### CUSTODY

___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

_✓_ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _11/10/00_

Commitment Recommendation: _____

65