# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**GLOSDEN ST. AUBYN LEBERT, (J) 55253-004**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06087-003**

Bertha Mitrani, AUSA / Sandra E. Mullgrav, Esq
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) **One of the Indictment**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make, utter and possess counterfeited and forged securities of an organization. | 03/27/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) **N/A**

☒ Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 08/11/1965
Defendant's USM No.: 55253-004
Defendant's Residence Address:

**11055 N.W. 39th Street**
**Apt 203**
**Sunrise                           FL        33351**

Defendant's Mailing Address:
**11055 N.W. 39th Street**
**Apt 203**
**Sunrise**

09/15/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

9/20/00
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ 33351
Deputy Clerk
Date 9/20/00

DEFENDANT:     **GLOSDEN ST. AUBYN LEBERT, (J) 55253-004**
CASE NUMBER:   0:00CR06087-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     **5    month(s)**    .

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____ .

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒ before 2 p.m. on    **11/10/2000**    .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Self Surrendered
Defendant ~~delivered~~ on   11/10/00   to   BOP FCI Miami
at   Miami, FL   , with a certified copy of this judgment.

Ed Gonzalez, Warden
UNITED STATES MARSHAL

By   Tina Nolan, LIE
Deputy U.S. Marshal