PROB 12C
(SD/FL 9/96)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-FERGUSON(s)

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Glosden Lebert

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Ft. Lauderdale, FL

Date of Original Sentence: September 15, 2000

Original Offense: 18 U.S.C. § 371 Conspiracy to make, utter and possess counterfeited and forged securities of an organization.

Original Sentence: 5 months BOP; 3 years supervised release;$100 assessment; while on supervised release the defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 5 months. During this time the defendant shall remain in his place of residence except for employment and other activities approved in advance by the United States Probation officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. In addition, the defendant shall pay the costs of electronic monitoring at the rate of $4.30 each day.

The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer.

The defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self-employment.

The defendant shall not possess or use a computer with access to any on-line computer service at any location (including employment), without the prior approval of the U.S. Probation Officer. This includes any Internet service provider, or bulletin board system of any other public or private computer network.

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63373

Type of Supervision: Supervised Release          Date Supervision Commenced: January 23, 2001

Assistant U.S. Attorney:                         Defense Attorney:
Bertha Mitrani                                   Sandra E. Mullgrav, Esq.

## PETITIONING THE COURT

[x]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

1.                       **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 31, 2003, the subject was arrested by the Secret Service for knowingly and willingly, manufactured, possess, and sold counterfeit obligations of the United States, that is Federal Reserve Notes, in violation of Title 18 U.S.C. § 471, 472, and 473.

U.S. Probation Officer Recommendation:

[x]   The term of supervision should be
[]    revoked.
[]    extended for _ years, for a total term of _ years.
[]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by  Harold A. Scott
    U.S. Probation Officer
    Phone: (954) 769-5522
    Date: August 18, 2003

THE COURT ORDERS:
[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

8-27-03
_____
Date