PROB 19                                                                                   SD/FL PACTS No. 63373

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06087-003

U.S.A. vs Glosden Lebert

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

*FILED by MG D.C. AUG 27 2003 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.*

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER<br>GLOSDEN LEBERT | SEX<br>Male | RACE<br>Black | AGE<br>38 |
|---|---|---|---|

| ADDRESS (STREET,CITY,STATE)<br>4400 NW 21st Street, Apt., 106, Lauderhill, FL 33313 |||| 
|---|---|---|---|

| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida (Ft. Lauderdale) | DATE IMPOSED<br>9/15/00 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Ft. Lauderdale, FL |
|---|

| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>8/27/03 |
|---|---|---|

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME: | (BY) | DATE: |

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By: Maria E Armas Deputy Clerk 8-27-03*

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."