UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6087-Cr-Jordan

UNITED STATES OF AMERICA,

Plaintiff,

v.

GLOSDEN LEBERT,

Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel

with respect to any and all questioning or interrogation, regardless of the subject matter, including,

but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial

release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to

sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines,

restitution, immigration status or consequences resulting from arrest or conviction, appeals or other

post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is

honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Vincent P. Farina
Assistant Federal Public Defender
Florida Bar No. 0784370
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel: 305-530-7000
Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street, Miami, Florida 33132-2111, this 10th day of September, 2003.

_____
Vincent P. Farina

F:\FarinaV\Farina Cases\Mag Court\Lebert\SILENCE MOT

2