UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6087-CR-Gordon(S)

UNITED STATES OF AMERICA,
vs.

Glosden Lebert


FILED by _____ D.C.
MAG. SEC.
SEP 15 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## WAIVER OF PROBABLE CAUSE HEARING

I, __Glosden Lebert__, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to a probable cause hearing on the violation of supervised release.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _____, my right to a probable cause hearing on the violation of supervised Release.

DATED: 9/11/03

_____
Defendant

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to a probable cause hearing on the violation of supervised release.

DATED this 11th day of Sept., 2003, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. 03-FX 73-1450 &
                    2580

_____
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal