UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CR-JORDAN

FILED_____D.C
03 SEP 17 PM 4: 25
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

GLOSDEN LEBERT,   :

    Defendant.   :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _16_ day of September, 2003 to Laurie Rucoba, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Mr. Harold Scott, United States Probation Officer, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024.

_____
Samuel J. Smargon

S:\SMARGON\Lebert, Glosden Assign stv.wpd