UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-60179-CR-MARRA
CASE NO. 00-6087-CR-JORDAN

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

GLOSDEN LEBERT,   :

    Defendant.   :
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS AND
AGREED MOTION TO TRANSFER SIMILAR ACTION**

Glosden Lebert ("Lebert"), by counsel, pursuant to Local Rule 3.9(C), hereby files this Notice of Pendency of Other Actions and Agreed Motion to Transfer Similar Action for the following reasons:

1. On July 31, 2003, Lebert had his initial appearance on case 03-601798-Cr-Marra. The case is pending with a calendar call of Friday, September 19, 2003. Lebert is charged with three counts involving counterfeiting. It is expected that Lebert will plead guilty. Lebert is in custody since his initial appearance.

2. On September 11, 2003, Lebert had his initial appearance on case 00-6087-Cr-Jordan. Lebert is charged with violating his supervised release as a result of his actions in case 03-60179-Cr-Marra; the underlying case charged Lebert also with counterfeiting.

3. Local Rule 3.9(C) provides as follows:

> **C. Similar.** Whenever an action or proceeding is filed in the Court which involves subject matter that is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

4. Assistant United States Attorney Laurie Rucoba is aware of this motion and agrees that the cases should be consolidated. Both attorneys are based in Fort Lauderdale, Florida, the subject matter of the violation is the same as the underlying offense and, for the purposes of a proposed plea, one Judge could hear it all and not have to "reinvent the wheel".

WHEREFORE, Glosden Lebert and the United States hereby move this court to transfer 00-6087-Cr-Jordan to United States District Judge Kenneth A. Marra for final disposition.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 17th day of September, 2003 to Laurie Rucoba, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Mr. Harold Scott, United States Probation Officer, 6100 Hollywood Blvd., Suite 501, Hollywood, Florida 33024.

                        _____
                        Samuel J. Smargon

R:\FtLaud\Lebert.consolidate.01.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-60179-CR-MARRA
CASE NO. 00-6087-CR-JORDAN

UNITED STATES OF AMERICA,       :
    Plaintiff,                              :

vs.                                                :

GLOSDEN LEBERT,                      :
    Defendant.                           :
_____/

## ORDER GRANTING AGREED MOTION TO TRANSFER SIMILAR ACTION

THIS MATTER is before the Court pursuant to Local Rule 3.9(C) and the Agreed Motion of Glosden Lebert and the United States and the Court being fully advised hereby

ORDERS AND ADJUDGES that Case no. 00-6087-Cr-Jordan be transferred to the docket of United States District Judge Kenneth A. Marra and be titled 00-6087-Cr-Marra.

DONE AND ORDERED in Fort Lauderdale, Florida, this _____ day of September, 2003.


                                  KENNETH A. MARRA
                                  UNITED STATES DISTRICT JUDGE

DONE AND ORDERED in Miami, Florida, this _____ day of September, 2003.


                                  ADALBERTO JORDAN
                                  UNITED STATES DISTRICT JUDGE

cc:    Samuel J. Smargon, AFPD
        Laurie Rucoba, AUSA
        Harold Scott, USPO

# FAXBACK SERVICE LIST

Samuel J. Smargon, Esquire
Assistant Federal Public Defender
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Tel:  (954) 356-7436
Fax:  (954) 356-7556
Counsel for Defendant Glosden Lebert

Laurie E. Rucoba, Esquire
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Tel:  (954) 356-7255
Fax:  (954) 356-7336
Counsel for Government


Mr. Harold Scott
United States Probation Office
6100 Hollywood Blvd.
Suite 501
Hollywood, Florida  33024
Tel: (954) 769-5522
Fax: (954) 967-9125