UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO:   03-60179-Cr-Marra
                                        00-6087-Cr-Marra
        Plaintiff,
vs.

GLOSDEN LEBERT a/k/a Glen LNU,

        Defendant.
_____/

FILED by M___ D.C.
SEP 23 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING CHANGE OF PLEA/SUPERVISED RELEASE REVOCATION HEARING

**PLEASE TAKE NOTICE** that the above-entitled cause has been set for a change of plea/supervised release revocation hearing on **October 7, 2003 at 9:30 a.m.**, before United States District Judge Kenneth A. Marra, 299 East Broward Boulevard, Courtroom 207, Ft. Lauderdale, Florida.

Any request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion. All parties must appear at all hearings unless excused by an Order of Court.

DONE and ORDERED at Ft. Lauderdale, Florida this 23rd day of September 2003.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

    Laurie Rucoba, AUSA
    Samuel Smargon, AFPD
    U.S. Probation

