UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-60179-CR-MARRA
CASE NO. 00-6087-CR-JORDAN

UNITED STATES OF AMERICA, :
    Plaintiff, :

vs. :

GLOSDEN LEBERT, :
    Defendant. :
_____/

FILED by _____ D.C.

SEP 2 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING AGREED MOTION TO TRANSFER SIMILAR ACTION

THIS MATTER is before the Court pursuant to Local Rule 3.9(C) and the Agreed Motion of Glosden Lebert and the United States and the Court being fully advised hereby

ORDERS AND ADJUDGES that Case no. 00-6087-Cr-Jordan be transferred to the docket of United States District Judge Kenneth A. Marra and be titled 00-6087-Cr-Marra, as to defendant Glosden Lebert, only.

DONE AND ORDERED in Fort Lauderdale, Florida, this 22nd day of September, 2003.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

DONE AND ORDERED in Miami, Florida, this 19th day of September, 2003.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:    Samuel J. Smargon, AFPD
        Laurie Rucoba, AUSA
        Harold Scott, USPO

101

## FAXBACK SERVICE LIST

Samuel J. Smargon, Esquire
Assistant Federal Public Defender
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Counsel for Defendant Glosden Lebert

Laurie E. Rucoba, Esquire
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33301
Tel: (954) 356-7255
Fax: (954) 356-7336
Counsel for Government

Mr. Harold Scott
United States Probation Office
6100 Hollywood Blvd.
Suite 501
Hollywood, Florida 33024
Tel: (954) 769-5522
Fax: (954) 967-9125