PROB 19                                                              SD/FL PACTS No. 63373

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06087-003</u>

U.S.A. vs Glosden Lebert

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

789726

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>GLOSDEN LEBERT | SEX<br>Male | RACE<br>Black | AGE<br>38 |
| ADDRESS (STREET,CITY,STATE)<br>4400 NW 21st Street, Apt., 106, Lauderhill, FL 33313 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida (Ft. Lauderdale) | DATE IMPOSED<br>9/15/00 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Ft. Lauderdale, FL | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>8/27/03 | |

| RETURN | | |
|---|---|---|
| | DATE RECEIVED | DATE EXECUTED |
| Warrant received and executed. | 8/27/03 | 9/11/03 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Ft. Lauderdale, Fl | | |
| NAME Christina Pharo, US Marshal<br>S/D FL | (BY)<br>Glen Wilner, SDUSM | DATE<br>9/11/03 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."