UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _00-6087-Cr-Marra_

vs.

_Hosdan Lebert_,

FILED by MAX D.C.
OCT - 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CHANGE OF PLEA

On _10-7-03_ the above named defendant appeared in person before the Honorable Kenneth A. Marra, United States District Judge, with _Samuel Smargon_, counsel appointed by the Court and/or retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered, and desired to enter a plea of guilty as to ~~Count(s)~~ _Violation I_, ~~of the Indictment/Information~~ _Of Supervised Release_.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(✓) The Court postponed sentencing until _1-9-04 at 3:00pm_
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
(✓) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA _Laurie Rucoba_                Interpreter _none_

Court Reporter _Denise Errett_     Courtroom Deputy _Michele Tarallo_

103