UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GLOSDEN LEBERT,

Defendant.
_____/

CASE NO. 00-6087-Cr-Marra
03-60179-Cr-Marra

FILED by _____ D.C.

JAN 0 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER RESETTING HEARING

**PLEASE TAKE NOTICE** that the above-entitled cause has been set for a sentencing on

March 5, 2004 at 1:30 p.m., before United States District Judge Kenneth A. Marra at the United

States District Court, 299 East Broward Boulevard. Courtroom 207A,  Ft. Lauderdale, Florida .

Any request for continuance of this cause shall not be considered unless addressed to the

Court in the form of a written motion.  All parties must appear at all hearings unless excused by

an Order of Court.

DONE and ORDERED at Ft. Lauderdale, Florida this __8th__ day of January 2004.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

Laurie Rucoba, AUSA
Samuel Smargon, AFPD
U.S. Probation

