UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. 00-6087-Cr-Marra
                                    03-60179-Cr-Marra

      Plaintiff,

vs.

GLOSDEN LEBERT,

      Defendant.
_____/



FILED by ___ D.C.
JAN 2 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER RESETTING SENTENCING HEARING

**PLEASE TAKE NOTICE** that the above-entitled cause has been set for a sentencing on **March 5, 2004 at 3:30 p.m.**, before United States District Judge Kenneth A. Marra at the United States District Court, 299 East Broward Boulevard. Courtroom 207A, Ft. Lauderdale, Florida.

Any request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion. All parties must appear at all hearings unless excused by an Order of Court.

DONE and ORDERED at Ft. Lauderdale, Florida this 28th day of January 2004.

                                                  KENNETH A. MARRA
                                                  United States District Judge

Copies provided to:

    Laurie Rucoba, AUSA
    Samuel Smargon, AFPD
    U.S. Probation