UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6087-Cr-Marra
03-60179-Cr-Marra

Plaintiff,

vs.

GLOSDEN LEBERT,

Defendant.
_____/



FILED by _____ D.C.

FEB 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER SETTING HEARING

**PLEASE TAKE NOTICE** that the above-entitled cause has been set for a sentencing on **April 30, 2004 at 11:00 a.m.**, before United States District Judge Kenneth A. Marra at the United States District Court, 299 East Broward Boulevard. Courtroom 207A, Ft. Lauderdale, Florida .

Any request for continuance of this cause shall not be considered unless addressed to the Court in the form of a written motion. All parties must appear at all hearings unless excused by an Order of Court.

DONE and ORDERED at Ft. Lauderdale, Florida this 6th day of February 2004.

KENNETH A. MARRA
United States District Judge

Copies provided to:

Laurie Rucoba, AUSA
Samuel Smargon, AFPD
U.S. Probation