UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: _00-6087_Cr-Moore_

Plaintiff

vs.

_Hosden Sebest_,

*filed MAY - 7 2004 CLARENCE MADDOX CLERK U.S. DIST. CT. S D OF FLA, FT. LAUD.*

SENTENCING MINUTES — _Supervised release violation_

DATE: _5-6-04_   Court Reporter: Denise Errett

Assistant U.S. Attorney _Laurie Rucoba_   Defense Counsel: _Samuel Smargon_

Interpreter: _none_   Deputy Clerk _Michele Tarallo_

___ Deft. Failed to appear - warrant to issue. Bond Forfeited.

___ Sentencing cont'd until ___/___/___ At _____ Am/pm

JUDGMENT AND SENTENCE

Imprisonment   YEARS      MONTHS         COUNTS
                          _14_           _Violation I_

Comments _No objections to final report_

Supervised Release _10 months_

_✓_ Maintain employment  _✓_ Search of person/property  ___ Deportation

___ Drug/Alcohol treatment  ___ Financial disclosure  ___ No debt

_✓_ No self-employment without permission

_No computers without permission_

Assessment $_____  Fine _____  Restitution: _____

___ Counts remaining dismissed on Government motion._____

_✓_ Defendant advised of his right to appeal.

_✓_ Remanded to U.S. Marshal  ___ Release bond pending appeal_____

___ Voluntary Surrender to (designated institution or U.S. Marshal) on or before _____

Recommendation to the Bureau of Prisons _____

_107/1K_